

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

hhhechtkopf@hnrklaw.com

December 20, 2022

**BY ECF**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Kowalchuk v. Metropolitan Transportation Authority*, No. 22-1921

Dear Ms. Wolfe,

    Pursuant to the Court's Local Rule 31.2(a)(1)(B), Defendants-Appellees respectfully request March 14, 2023, as the deadline for filing their brief.

Respectfully submitted,

Helene R. Hechtkopf

cc: All counsel of record (by ECF)