# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand twenty-three.

_____

John Kowalchuck,

    Plaintiff - Appellant,

v.

Metropolitan Transportation Authority,

    Defendant - Appellee.

_____

**ORDER**

Docket No. 22-1921

    Appellant moves for an extension of time to April 18, 2023 to file a reply brief. Appellee does not oppose this request.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court